UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-20393-CIV-MORENO

YUNISLEYDIS MOYA-VEGA,

    Plaintiff,

vs.

36TH STREET TWO, LLC d/b/a HILTON
GARDEN INN MIAMI AIRPORT WEST,

    Defendant.
_____/

# ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

THIS CAUSE came before the Court upon Defendant's Motion to Compel Plaintiff to Respond to Defendant's First Set of Interrogatories and Request for Production of Documents **(D.E. 19)**, filed on **July 19, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff shall respond to the outstanding discovery by no later than **July 31, 2017**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of July 2017.

_____
ROBERT N. SCOLA, JR. For:
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record